**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Scott D. Montague            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-10175 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2 and index same on the master mailing list.

                                                   Respectfully submitted,

/s/ *Rebecca Solarz*

Rebecca Solarz
02 Feb 2022, 15:07:17, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322