

Cavalry Portfolio Services, LLC
PO Box 4252
Greenwich, CT 06831
Phone: 800-501-0909 x53450

February 24, 2022

Clerk, US Bankruptcy Court
Eastern District of Pennsylvania

**WITHDRAWAL OF PROOF OF CLAIM**

Re: Scott D. Montague
Case Number 22-10175

To the Clerk of the Court,

Please be advised that this letter is the written request from Cavalry Portfolio Services, LLC to withdraw claim#1, claim amount $861.67 date filed 01/27/2022.
If you have any questions, please contact Cavalry Portfolio Services, LLC at 1-800-501-0909.

Respectfully,

/s/ Cheryl Guziczek
Bankruptcy Specialist
Cavalry Portfolio Services, LLC


Kenneth E. West - Chapter 13 Trustee

Vaughn A. Booker – Attorney for Debtor