6551 Park of Commerce Blvd · Boca Raton, FL 33487 · (800) 388-2016

Electronic Pay Stub #9128354 from:
**Travel Staff, LLC**

### Statement of Earning, Taxes, Deductions, and Adjustments

| Employee Name | SSN | Pay Period | Check Date | Check # | Pay Method | Region |
|---|---|---|---|---|---|---|
| Montague, Scott | ***-**-4445 | 09/12/2021 - 09/18/2021 | 09/22/2021 | I50476913 | Direct Deposit | 990 Travel Staff LLC |

| | Taxable Gross | Taxes | Taxable Net | Non-Taxable Adjustment | Total Net Pay |
|---|---|---|---|---|---|
| Current Total | 4266.33 | 1626.63 | 2639.70 | 1739.48 | 4379.18 |
| Year-To-Date Total | 4266.33 | 1626.63 | 2639.70 | 1739.48 | 4379.18 |

### Earnings

| Client | Date | Type | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AH: BAY MEDICAL SACRED HEART | 09/13/2021 | S1 Regular | 10.50 | 78.86 | 828.03 |
| AH: BAY MEDICAL SACRED HEART | 09/16/2021 | S1 Regular | 12.80 | 78.86 | 1009.41 |
| AH: BAY MEDICAL SACRED HEART | 09/17/2021 | S1 Regular | 13.08 | 78.86 | 1031.49 |
| AH: BAY MEDICAL SACRED HEART | 09/18/2021 | S1 Overtime | 9.40 | 118.29 | 1111.93 |
| AH: BAY MEDICAL SACRED HEART | 09/18/2021 | S1 Regular | 3.62 | 78.86 | 285.47 |
| Total Pay | | | 49.40 | | 4266.33 |

### Taxes

| Taxes | Basis | Amount | YTD |
|---|---|---|---|
| (FED) Federal Income Tax | 4266.33 | 1169.28 | 1169.28 |
| (FICA) FICA | 4266.33 | 264.51 | 264.51 |
| (STATE) State Withholding - PA | 4266.33 | 130.98 | 130.98 |
| (MEDICARE) Medicare | 4266.33 | 61.86 | 61.86 |
| (MEDICARE) Additional Medicare | 0.00 | 0.00 | 0.00 |
| Total | | 1626.63 | 1626.63 |

### Adjustments

| Code | Description | Amount | YTD |
|---|---|---|---|
| Pst-0057 | Lodging - Non-Taxable | 977.48 | 977.48 |
| Pst-0095 | Meals Per Diem - Non-Taxable | 462.00 | 462.00 |
| Pst-1004 | Travel Allowance (Non-Tax) | 300.00 | 300.00 |

To view your pay stub online visit www.doculivery.com/CCH

Report clinical concerns out of compliance, illegal, or quality/ safety to our Patient Safety Hotline at 888-235-3321 or The Joint Commission at 800-994-6610 without fear of retribution.

6551 Park of Commerce Blvd · Boca Raton, FL 33487 · (800) 388–2016

Electronic Pay Stub #9128421 from:
**Travel Staff, LLC**

### Statement of Earning, Taxes, Deductions, and Adjustments

| Employee Name | SSN | Pay Period | Check Date | Check # | Pay Method | Region |
|---|---|---|---|---|---|---|
| Montague, Scott | ***-**-4445 | 09/12/2021 - 09/18/2021 | 09/22/2021 | I50476982 | Direct Deposit | 990 Travel Staff LLC |

| | Taxable Gross | Taxes | Taxable Net | Non-Taxable Adjustment | Total Net Pay |
|---|---|---|---|---|---|
| Current Total | 90.00 | 9.65 | 80.35 | 0.00 | 80.35 |
| Year-To-Date Total | 4356.33 | 1636.28 | 2720.05 | 1739.48 | 4459.53 |

### Earnings

| Client | Date | Type | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AH: BAY MEDICAL SACRED HEART | 09/12/2021 | Onboarding Pay | 6.00 | 15.00 | 90.00 |
| Total Pay | | | 6.00 | | 90.00 |

### Taxes

| Taxes | Basis | Amount | YTD |
|---|---|---|---|
| (FICA) FICA | 90.00 | 5.58 | 270.09 |
| (STATE) State Withholding - PA | 90.00 | 2.76 | 133.74 |
| (MEDICARE) Medicare | 90.00 | 1.31 | 63.17 |
| (FED) Federal Income Tax | 90.00 | 0.00 | 1169.28 |
| (MEDICARE) Additional Medicare | 0.00 | 0.00 | 0.00 |
| Total | | 9.65 | 1636.28 |

### Adjustments

| Code | Description | Amount | YTD |
|---|---|---|---|
| Pst-0057 | Lodging - Non-Taxable | 0.00 | 977.48 |
| Pst-0095 | Meals Per Diem - Non-Taxable | 0.00 | 462.00 |
| Pst-1004 | Travel Allowance (Non-Tax) | 0.00 | 300.00 |

To view your pay stub online visit www.doculivery.com/CCH

Report clinical concerns out of compliance, illegal, or quality/ safety to our Patient Safety Hotline at 888-235-3321 or The Joint Commission at 800-994-6610 without fear of retribution.

6551 Park of Commerce Blvd · Boca Raton, FL 33487 · (800) 388-2016

Electronic Pay Stub #9130456 from:
**Travel Staff, LLC**

## Statement of Earning, Taxes, Deductions, and Adjustments

| Employee Name | SSN | Pay Period | Check Date | Check # | Pay Method | Region |
|---|---|---|---|---|---|---|
| Montague, Scott | ***-**-4445 | 09/12/2021 - 09/18/2021 | 09/28/2021 | I50477257 | Direct Deposit | 990 Travel Staff LLC |

| | Taxable Gross | Taxes | Taxable Net | Non-Taxable Adjustment | Total Net Pay |
|---|---|---|---|---|---|
| Current Total | 4356.33 | 1617.71 | 2738.62 | 1739.48 | 4478.10 |
| Year-To-Date Total | 4356.33 | 1617.71 | 2738.62 | 1739.48 | 4478.10 |

### Earnings

| Client | Date | Type | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AH: BAY MEDICAL SACRED HEART | 09/12/2021 | Onboarding Pay | 6.00 | 15.00 | 90.00 |
| AH: BAY MEDICAL SACRED HEART | 09/13/2021 | S1 Regular | 10.50 | 78.86 | 828.03 |
| AH: BAY MEDICAL SACRED HEART | 09/16/2021 | S1 Regular | 12.80 | 78.86 | 1009.41 |
| AH: BAY MEDICAL SACRED HEART | 09/17/2021 | S1 Regular | 13.08 | 78.86 | 1031.49 |
| AH: BAY MEDICAL SACRED HEART | 09/18/2021 | S1 Overtime | 9.40 | 118.29 | 1111.93 |
| AH: BAY MEDICAL SACRED HEART | 09/18/2021 | S1 Regular | 3.62 | 78.86 | 285.47 |
| Total Pay | | | 55.40 | | 4356.33 |

### Taxes

| Taxes | Basis | Amount | YTD |
|---|---|---|---|
| (FED) Federal Income Tax | 4356.33 | 1150.71 | 1150.71 |
| (FICA) FICA | 4356.33 | 270.09 | 270.09 |
| (STATE) State Withholding - PA | 4356.33 | 133.74 | 133.74 |
| (MEDICARE) Medicare | 4356.33 | 63.17 | 63.17 |
| (MEDICARE) Additional Medicare | 0.00 | 0.00 | 0.00 |
| Total | | 1617.71 | 1617.71 |

### Adjustments

| Code | Description | Amount | YTD |
|---|---|---|---|
| Pst-0057 | Lodging - Non-Taxable | 977.48 | 977.48 |
| Pst-0095 | Meals Per Diem - Non-Taxable | 462.00 | 462.00 |
| Pst-1004 | Travel Allowance (Non-Tax) | 300.00 | 300.00 |

To view your pay stub online visit www.doculivery.com/CCH

Report clinical concerns out of compliance, illegal, or quality/ safety to our Patient Safety Hotline at 888-235-3321 or The Joint Commission at 800-994-6610 without fear of retribution.

6551 Park of Commerce Blvd · Boca Raton, FL 33487 · (800) 388–2016

### Electronic Pay Stub #9139835 from:
### Travel Staff, LLC

#### Statement of Earning, Taxes, Deductions, and Adjustments

| Employee Name | SSN | Pay Period | Check Date | Check # | Pay Method | Region |
|---|---|---|---|---|---|---|
| Montague, Scott | ***-**-4445 | 09/19/2021 - 09/25/2021 | 09/29/2021 | I50483097 | Direct Deposit | 990 Travel Staff LLC |

| | Taxable Gross | Taxes | Taxable Net | Non-Taxable Adjustment | Total Net Pay |
|---|---|---|---|---|---|
| Current Total | 4520.65 | 1692.83 | 2827.82 | 1458.05 | 4285.87 |
| Year-To-Date Total | 8876.98 | 3310.54 | 5566.44 | 3197.53 | 8763.97 |

#### Earnings

| Client | Date | Type | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AH: BAY MEDICAL SACRED HEART | 09/21/2021 | S1 Regular | 13.00 | 78.86 | 1025.18 |
| AH: BAY MEDICAL SACRED HEART | 09/22/2021 | S1 Regular | 13.00 | 78.86 | 1025.18 |
| AH: BAY MEDICAL SACRED HEART | 09/23/2021 | S1 Regular | 12.58 | 78.86 | 992.06 |
| AH: BAY MEDICAL SACRED HEART | 09/24/2021 | S1 Overtime | 11.55 | 118.29 | 1366.25 |
| AH: BAY MEDICAL SACRED HEART | 09/24/2021 | S1 Regular | 1.42 | 78.86 | 111.98 |
| Total Pay | | | 51.55 | | 4520.65 |

#### Taxes

| Taxes | Basis | Amount | YTD |
|---|---|---|---|
| (FED) Federal Income Tax | 4520.65 | 1208.22 | 2358.93 |
| (FICA) FICA | 4520.65 | 280.28 | 550.37 |
| (STATE) State Withholding - PA | 4520.65 | 138.78 | 272.52 |
| (MEDICARE) Medicare | 4520.65 | 65.55 | 128.72 |
| (MEDICARE) Additional Medicare | 0.00 | 0.00 | 0.00 |
| Total | | 1692.83 | 3310.54 |

#### Adjustments

| Code | Description | Amount | YTD |
|---|---|---|---|
| Pst-0057 | Lodging - Non-Taxable | 977.48 | 1954.96 |
| Pst-0095 | Meals Per Diem - Non-Taxable | 462.00 | 924.00 |
| Pst-1004 | Travel Allowance (Non-Tax) | 0.00 | 300.00 |
| Pst-1576 | Misc deduction | 18.57 | 18.57 |

To view your pay stub online visit www.doculivery.com/CCH

**Report clinical concerns out of compliance, illegal, or quality/ safety to our Patient Safety Hotline at 888-235-3321 or The Joint Commission at 800-994-6610 without fear of retribution.**

6551 Park of Commerce Blvd · Boca Raton, FL 33487 · (800) 388-2016

Electronic Pay Stub #9151105 from:
**Travel Staff, LLC**

### Statement of Earning, Taxes, Deductions, and Adjustments

| Employee Name | SSN | Pay Period | Check Date | Check # | Pay Method | Region |
|---|---|---|---|---|---|---|
| Montague, Scott | ***-**-4445 | 09/26/2021 - 10/02/2021 | 10/06/2021 | I50488971 | Direct Deposit | 990 Travel Staff LLC |

|  | Taxable Gross | Taxes | Taxable Net | Non-Taxable Adjustment | Total Net Pay |
|---|---|---|---|---|---|
| Current Total | 4523.02 | 1693.92 | 2829.10 | 1439.48 | 4268.58 |
| Year-To-Date Total | 13400.00 | 5004.46 | 8395.54 | 4637.01 | 13032.55 |

### Earnings

| Client | Date | Type | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AH: BAY MEDICAL SACRED HEART | 09/29/2021 | S1 Regular | 13.10 | 78.86 | 1033.07 |
| AH: BAY MEDICAL SACRED HEART | 09/30/2021 | S1 Regular | 12.97 | 78.86 | 1022.81 |
| AH: BAY MEDICAL SACRED HEART | 10/01/2021 | S1 Regular | 12.95 | 78.86 | 1021.24 |
| AH: BAY MEDICAL SACRED HEART | 10/02/2021 | S1 Overtime | 11.57 | 118.29 | 1368.62 |
| AH: BAY MEDICAL SACRED HEART | 10/02/2021 | S1 Regular | 0.98 | 78.86 | 77.28 |
| Total Pay |  |  | 51.57 |  | 4523.02 |

### Taxes

| Taxes | Basis | Amount | YTD |
|---|---|---|---|
| (FED) Federal Income Tax | 4523.02 | 1209.05 | 3567.98 |
| (FICA) FICA | 4523.02 | 280.43 | 830.80 |
| (STATE) State Withholding - PA | 4523.02 | 138.86 | 411.38 |
| (MEDICARE) Medicare | 4523.02 | 65.58 | 194.30 |
| (MEDICARE) Additional Medicare | 0.00 | 0.00 | 0.00 |
| Total |  | 1693.92 | 5004.46 |

### Adjustments

| Code | Description | Amount | YTD |
|---|---|---|---|
| Pst-0057 | Lodging - Non-Taxable | 977.48 | 2932.44 |
| Pst-0095 | Meals Per Diem - Non-Taxable | 462.00 | 1386.00 |
| Pst-1004 | Travel Allowance (Non-Tax) | 0.00 | 300.00 |
| Pst-1576 | Misc deduction | 0.00 | 18.57 |

To view your pay stub online visit www.doculivery.com/CCH

Report clinical concerns out of compliance, illegal, or quality/ safety to our Patient Safety Hotline at 888-235-3321 or The Joint Commission at 800-994-6610 without fear of retribution.

6551 Park of Commerce Blvd · Boca Raton, FL 33487 · (800) 388–2016

Electronic Pay Stub #9163008 from:
**Travel Staff, LLC**

### Statement of Earning, Taxes, Deductions, and Adjustments

| Employee Name | SSN | Pay Period | Check Date | Check # | Pay Method | Region |
|---|---|---|---|---|---|---|
| Montague, Scott | ***-**-4445 | 10/03/2021 - 10/09/2021 | 10/13/2021 | I50495572 | Direct Deposit | 990 Travel Staff LLC |

| | Taxable Gross | Taxes | Taxable Net | Non-Taxable Adjustment | Total Net Pay |
|---|---|---|---|---|---|
| Current Total | 4621.21 | 1738.82 | 2882.39 | 1439.48 | 4321.87 |
| Year-To-Date Total | 18021.21 | 6743.28 | 11277.93 | 6076.49 | 17354.42 |

### Earnings

| Client | Date | Type | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AH: BAY MEDICAL SACRED HEART | 10/04/2021 | S1 Regular | 13.30 | 78.86 | 1048.84 |
| AH: BAY MEDICAL SACRED HEART | 10/05/2021 | S1 Regular | 13.25 | 78.86 | 1044.90 |
| AH: BAY MEDICAL SACRED HEART | 10/06/2021 | S1 Regular | 12.80 | 78.86 | 1009.41 |
| AH: BAY MEDICAL SACRED HEART | 10/07/2021 | S1 Overtime | 12.40 | 118.29 | 1466.80 |
| AH: BAY MEDICAL SACRED HEART | 10/07/2021 | S1 Regular | 0.65 | 78.86 | 51.26 |
| Total Pay | | | 52.40 | | 4621.21 |

### Taxes

| Taxes | Basis | Amount | YTD |
|---|---|---|---|
| (FED) Federal Income Tax | 4621.21 | 1243.42 | 4811.40 |
| (FICA) FICA | 4621.21 | 286.52 | 1117.32 |
| (STATE) State Withholding - PA | 4621.21 | 141.87 | 553.25 |
| (MEDICARE) Medicare | 4621.21 | 67.01 | 261.31 |
| (MEDICARE) Additional Medicare | 0.00 | 0.00 | 0.00 |
| Total | | 1738.82 | 6743.28 |

### Adjustments

| Code | Description | Amount | YTD |
|---|---|---|---|
| Pst-0057 | Lodging - Non-Taxable | 977.48 | 3909.92 |
| Pst-0095 | Meals Per Diem - Non-Taxable | 462.00 | 1848.00 |
| Pst-1004 | Travel Allowance (Non-Tax) | 0.00 | 300.00 |
| Pst-1576 | Misc deduction | 0.00 | 18.57 |

To view your pay stub online visit www.doculivery.com/CCH

Report clinical concerns out of compliance, illegal, or quality/ safety to our Patient Safety Hotline at 888-235-3321 or The Joint Commission at 800-994-6610 without fear of retribution.

6551 Park of Commerce Blvd · Boca Raton, FL 33487 · (800) 388–2016

Electronic Pay Stub #9174710 from:
**Travel Staff, LLC**

### Statement of Earning, Taxes, Deductions, and Adjustments

| Employee Name | SSN | Pay Period | Check Date | Check # | Pay Method | Region |
|---|---|---|---|---|---|---|
| Montague, Scott | ***-**-4445 | 10/10/2021 - 10/16/2021 | 10/20/2021 | I50501992 | Direct Deposit | 990 Travel Staff LLC |

| | Taxable Gross | Taxes | Taxable Net | Non-Taxable Adjustment | Total Net Pay |
|---|---|---|---|---|---|
| Current Total | 4495.81 | 1681.48 | 2814.33 | 1439.48 | 4253.81 |
| Year-To-Date Total | 22517.02 | 8424.76 | 14092.26 | 7515.97 | 21608.23 |

### Earnings

| Client | Date | Type | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AH: BAY MEDICAL SACRED HEART | 10/13/2021 | S1 Regular | 12.97 | 78.86 | 1022.81 |
| AH: BAY MEDICAL SACRED HEART | 10/14/2021 | S1 Regular | 12.78 | 78.86 | 1007.83 |
| AH: BAY MEDICAL SACRED HEART | 10/15/2021 | S1 Regular | 13.17 | 78.86 | 1038.59 |
| AH: BAY MEDICAL SACRED HEART | 10/16/2021 | S1 Overtime | 11.34 | 118.29 | 1341.41 |
| AH: BAY MEDICAL SACRED HEART | 10/16/2021 | S1 Regular | 1.08 | 78.86 | 85.17 |
| Total Pay | | | 51.34 | | 4495.81 |

### Taxes

| Taxes | Basis | Amount | YTD |
|---|---|---|---|
| (FED) Federal Income Tax | 4495.81 | 1199.53 | 6010.93 |
| (FICA) FICA | 4495.81 | 278.74 | 1396.06 |
| (STATE) State Withholding - PA | 4495.81 | 138.02 | 691.27 |
| (MEDICARE) Medicare | 4495.81 | 65.19 | 326.50 |
| (MEDICARE) Additional Medicare | 0.00 | 0.00 | 0.00 |
| Total | | 1681.48 | 8424.76 |

### Adjustments

| Code | Description | Amount | YTD |
|---|---|---|---|
| Pst-0057 | Lodging - Non-Taxable | 977.48 | 4887.40 |
| Pst-0095 | Meals Per Diem - Non-Taxable | 462.00 | 2310.00 |
| Pst-1004 | Travel Allowance (Non-Tax) | 0.00 | 300.00 |
| Pst-1576 | Misc deduction | 0.00 | 18.57 |

To view your pay stub online visit www.doculivery.com/CCH

Report clinical concerns out of compliance, illegal, or quality/ safety to our Patient Safety Hotline at 888-235-3321 or The Joint Commission at 800-994-6610 without fear of retribution.

6551 Park of Commerce Blvd · Boca Raton, FL 33487 · (800) 388–2016

## Electronic Pay Stub #9184038 from:
### Travel Staff, LLC

### Statement of Earning, Taxes, Deductions, and Adjustments

| Employee Name | SSN | Pay Period | Check Date | Check # | Pay Method | Region |
|---|---|---|---|---|---|---|
| Montague, Scott | ***-**-4445 | 10/17/2021 - 10/23/2021 | 10/27/2021 | I50506195 | Direct Deposit | 990 Travel Staff LLC |

| | Taxable Gross | Taxes | Taxable Net | Non-Taxable Adjustment | Total Net Pay |
|---|---|---|---|---|---|
| Current Total | 4386.98 | 1631.72 | 2755.26 | 1439.48 | 4194.74 |
| Year-To-Date Total | 26904.00 | 10056.48 | 16847.52 | 8955.45 | 25802.97 |

### Earnings

| Client | Date | Type | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AH: BAY MEDICAL SACRED HEART | 10/19/2021 | S1 Regular | 12.82 | 78.86 | 1010.99 |
| AH: BAY MEDICAL SACRED HEART | 10/20/2021 | S1 Regular | 12.63 | 78.86 | 996.00 |
| AH: BAY MEDICAL SACRED HEART | 10/21/2021 | S1 Regular | 12.37 | 78.86 | 975.50 |
| AH: BAY MEDICAL SACRED HEART | 10/22/2021 | S1 Overtime | 10.42 | 118.29 | 1232.58 |
| AH: BAY MEDICAL SACRED HEART | 10/22/2021 | S1 Regular | 2.18 | 78.86 | 171.91 |
| Total Pay | | | 50.42 | | 4386.98 |

### Taxes

| Taxes | Basis | Amount | YTD |
|---|---|---|---|
| (FED) Federal Income Tax | 4386.98 | 1161.44 | 7172.37 |
| (FICA) FICA | 4386.98 | 271.99 | 1668.05 |
| (STATE) State Withholding - PA | 4386.98 | 134.68 | 825.95 |
| (MEDICARE) Medicare | 4386.98 | 63.61 | 390.11 |
| (MEDICARE) Additional Medicare | 0.00 | 0.00 | 0.00 |
| Total | | 1631.72 | 10056.48 |

### Adjustments

| Code | Description | Amount | YTD |
|---|---|---|---|
| Pst-0057 | Lodging - Non-Taxable | 977.48 | 5864.88 |
| Pst-0095 | Meals Per Diem - Non-Taxable | 462.00 | 2772.00 |
| Pst-1004 | Travel Allowance (Non-Tax) | 0.00 | 300.00 |
| Pst-1576 | Misc deduction | 0.00 | 18.57 |

To view your pay stub online visit www.doculivery.com/CCH

Report clinical concerns out of compliance, illegal, or quality/ safety to our Patient Safety Hotline at 888-235-3321 or The Joint Commission at 800-994-6610 without fear of retribution.

6551 Park of Commerce Blvd · Boca Raton, FL 33487 · (800) 388-2016

Electronic Pay Stub #9194999 from:
**Travel Staff, LLC**

### Statement of Earning, Taxes, Deductions, and Adjustments

| Employee Name | SSN | Pay Period | Check Date | Check # | Pay Method | Region |
|---|---|---|---|---|---|---|
| Montague, Scott | ***-**-4445 | 10/24/2021 - 10/30/2021 | 11/03/2021 | I50511828 | Direct Deposit | 990 Travel Staff LLC |

| | Taxable Gross | Taxes | Taxable Net | Non-Taxable Adjustment | Total Net Pay |
|---|---|---|---|---|---|
| Current Total | 4414.18 | 1644.17 | 2770.01 | 1439.48 | 4209.49 |
| Year-To-Date Total | 31318.18 | 11700.65 | 19617.53 | 10394.93 | 30012.46 |

### Earnings

| Client | Date | Type | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AH: BAY MEDICAL SACRED HEART | 10/27/2021 | S1 Regular | 12.68 | 78.86 | 999.94 |
| AH: BAY MEDICAL SACRED HEART | 10/28/2021 | S1 Regular | 13.12 | 78.86 | 1034.64 |
| AH: BAY MEDICAL SACRED HEART | 10/29/2021 | S1 Regular | 12.40 | 78.86 | 977.86 |
| AH: BAY MEDICAL SACRED HEART | 10/30/2021 | S1 Overtime | 10.65 | 118.29 | 1259.79 |
| AH: BAY MEDICAL SACRED HEART | 10/30/2021 | S1 Regular | 1.80 | 78.86 | 141.95 |
| Total Pay | | | 50.65 | | 4414.18 |

### Taxes

| Taxes | Basis | Amount | YTD |
|---|---|---|---|
| (FED) Federal Income Tax | 4414.18 | 1170.96 | 8343.33 |
| (FICA) FICA | 4414.18 | 273.68 | 1941.73 |
| (STATE) State Withholding - PA | 4414.18 | 135.52 | 961.47 |
| (MEDICARE) Medicare | 4414.18 | 64.01 | 454.12 |
| (MEDICARE) Additional Medicare | 0.00 | 0.00 | 0.00 |
| Total | | 1644.17 | 11700.65 |

### Adjustments

| Code | Description | Amount | YTD |
|---|---|---|---|
| Pst-0057 | Lodging - Non-Taxable | 977.48 | 6842.36 |
| Pst-0095 | Meals Per Diem - Non-Taxable | 462.00 | 3234.00 |
| Pst-1004 | Travel Allowance (Non-Tax) | 0.00 | 300.00 |
| Pst-1576 | Misc deduction | 0.00 | 18.57 |

To view your pay stub online visit www.doculivery.com/CCH

Report clinical concerns out of compliance, illegal, or quality/ safety to our Patient Safety Hotline at 888-235-3321 or The Joint Commission at 800-994-6610 without fear of retribution.

6551 Park of Commerce Blvd · Boca Raton, FL 33487 · (800) 388–2016

Electronic Pay Stub #9207883 from:
**Travel Staff, LLC**

### Statement of Earning, Taxes, Deductions, and Adjustments

| Employee Name | SSN | Pay Period | Check Date | Check # | Pay Method | Region |
|---|---|---|---|---|---|---|
| Montague, Scott | ***-**-4445 | 10/31/2021 - 11/06/2021 | 11/10/2021 | I50519241 | Direct Deposit | 990 Travel Staff LLC |

|  | Taxable Gross | Taxes | Taxable Net | Non-Taxable Adjustment | Total Net Pay |
|---|---|---|---|---|---|
| Current Total | 3043.99 | 1083.97 | 1960.02 | 1439.48 | 3399.50 |
| Year-To-Date Total | 34362.17 | 12784.62 | 21577.55 | 11834.41 | 33411.96 |

### Earnings

| Client | Date | Type | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AH: BAY MEDICAL SACRED HEART | 11/03/2021 | S1 Regular | 12.72 | 78.86 | 1003.10 |
| AH: BAY MEDICAL SACRED HEART | 11/04/2021 | S1 Regular | 12.90 | 78.86 | 1017.29 |
| AH: BAY MEDICAL SACRED HEART | 11/05/2021 | S1 Regular | 12.98 | 78.86 | 1023.60 |
| Total Pay |  |  | 38.60 |  | 3043.99 |

### Taxes

| Taxes | Basis | Amount | YTD |
|---|---|---|---|
| (FED) Federal Income Tax | 3043.99 | 757.65 | 9100.98 |
| (FICA) FICA | 3043.99 | 188.73 | 2130.46 |
| (STATE) State Withholding - PA | 3043.99 | 93.45 | 1054.92 |
| (MEDICARE) Medicare | 3043.99 | 44.14 | 498.26 |
| (MEDICARE) Additional Medicare | 0.00 | 0.00 | 0.00 |
| Total |  | 1083.97 | 12784.62 |

### Adjustments

| Code | Description | Amount | YTD |
|---|---|---|---|
| Pst-0057 | Lodging - Non-Taxable | 977.48 | 7819.84 |
| Pst-0095 | Meals Per Diem - Non-Taxable | 462.00 | 3696.00 |
| Pst-1004 | Travel Allowance (Non-Tax) | 0.00 | 300.00 |
| Pst-1576 | Misc deduction | 0.00 | 18.57 |

To view your pay stub online visit www.doculivery.com/CCH

Report clinical concerns out of compliance, illegal, or quality/ safety to our Patient Safety Hotline at 888-235-3321 or The Joint Commission at 800-994-6610 without fear of retribution.

6551 Park of Commerce Blvd · Boca Raton, FL 33487 · (800) 388–2016

### Electronic Pay Stub #9220656 from:
### Travel Staff, LLC

## Statement of Earning, Taxes, Deductions, and Adjustments

| Employee Name | SSN | Pay Period | Check Date | Check # | Pay Method | Region |
|---|---|---|---|---|---|---|
| Montague, Scott | ***-**-4445 | 11/07/2021 - 11/13/2021 | 11/17/2021 | I50526854 | Direct Deposit | 990 Travel Staff LLC |

| | Taxable Gross | Taxes | Taxable Net | Non-Taxable Adjustment | Total Net Pay |
|---|---|---|---|---|---|
| Current Total | 4496.99 | 1682.02 | 2814.97 | 1439.48 | 4254.45 |
| Year-To-Date Total | 38859.16 | 14466.64 | 24392.52 | 13273.89 | 37666.41 |

### Earnings

| Client | Date | Type | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AH: BAY MEDICAL SACRED HEART | 11/10/2021 | S1 Regular | 12.87 | 78.86 | 1014.93 |
| AH: BAY MEDICAL SACRED HEART | 11/11/2021 | S1 Regular | 12.80 | 78.86 | 1009.41 |
| AH: BAY MEDICAL SACRED HEART | 11/12/2021 | S1 Regular | 12.85 | 78.86 | 1013.35 |
| AH: BAY MEDICAL SACRED HEART | 11/13/2021 | S1 Overtime | 11.35 | 118.29 | 1342.59 |
| AH: BAY MEDICAL SACRED HEART | 11/13/2021 | S1 Regular | 1.48 | 78.86 | 116.71 |
| Total Pay | | | 51.35 | | 4496.99 |

### Taxes

| Taxes | Basis | Amount | YTD |
|---|---|---|---|
| (FED) Federal Income Tax | 4496.99 | 1199.94 | 10300.92 |
| (FICA) FICA | 4496.99 | 278.81 | 2409.27 |
| (STATE) State Withholding - PA | 4496.99 | 138.06 | 1192.98 |
| (MEDICARE) Medicare | 4496.99 | 65.21 | 563.47 |
| (MEDICARE) Additional Medicare | 0.00 | 0.00 | 0.00 |
| Total | | 1682.02 | 14466.64 |

### Adjustments

| Code | Description | Amount | YTD |
|---|---|---|---|
| Pst-0057 | Lodging - Non-Taxable | 977.48 | 8797.32 |
| Pst-0095 | Meals Per Diem - Non-Taxable | 462.00 | 4158.00 |
| Pst-1004 | Travel Allowance (Non-Tax) | 0.00 | 300.00 |
| Pst-1576 | Misc deduction | 0.00 | 18.57 |

To view your pay stub online visit www.doculivery.com/CCH

Report clinical concerns out of compliance, illegal, or quality/ safety to our Patient Safety Hotline at 888-235-3321 or The Joint Commission at 800-994-6610 without fear of retribution.

6551 Park of Commerce Blvd · Boca Raton, FL 33487 · (800) 388–2016

Electronic Pay Stub #9233641 from:
**Travel Staff, LLC**

### Statement of Earning, Taxes, Deductions, and Adjustments

| Employee Name | SSN | Pay Period | Check Date | Check # | Pay Method | Region |
|---|---|---|---|---|---|---|
| Montague, Scott | ***-**-4445 | 11/14/2021 - 11/20/2021 | 11/23/2021 | I50534758 | Direct Deposit | 990 Travel Staff LLC |

|  | Taxable Gross | Taxes | Taxable Net | Non-Taxable Adjustment | Total Net Pay |
|---|---|---|---|---|---|
| Current Total | 5862.07 | 2306.14 | 3555.93 | 1439.48 | 4995.41 |
| Year-To-Date Total | 44721.23 | 16772.78 | 27948.45 | 14713.37 | 42661.82 |

### Earnings

| Client | Date | Type | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AH: BAY MEDICAL SACRED HEART | 11/16/2021 | S1 Regular | 12.23 | 78.86 | 964.46 |
| AH: BAY MEDICAL SACRED HEART | 11/17/2021 | S1 Regular | 12.88 | 78.86 | 1015.72 |
| AH: BAY MEDICAL SACRED HEART | 11/18/2021 | S1 Regular | 12.45 | 78.86 | 981.81 |
| AH: BAY MEDICAL SACRED HEART | 11/19/2021 | S1 Overtime | 10.09 | 118.29 | 1193.55 |
| AH: BAY MEDICAL SACRED HEART | 11/19/2021 | S1 Regular | 2.44 | 78.86 | 192.42 |
| AH: BAY MEDICAL SACRED HEART | 11/20/2021 | S1 Overtime | 12.80 | 118.29 | 1514.11 |
| Total Pay |  |  | 62.89 |  | 5862.07 |

### Taxes

| Taxes | Basis | Amount | YTD |
|---|---|---|---|
| (FED) Federal Income Tax | 5862.07 | 1677.72 | 11978.64 |
| (FICA) FICA | 5862.07 | 363.45 | 2772.72 |
| (STATE) State Withholding - PA | 5862.07 | 179.97 | 1372.95 |
| (MEDICARE) Medicare | 5862.07 | 85.00 | 648.47 |
| (MEDICARE) Additional Medicare | 0.00 | 0.00 | 0.00 |
| Total |  | 2306.14 | 16772.78 |

### Adjustments

| Code | Description | Amount | YTD |
|---|---|---|---|
| Pst-0057 | Lodging - Non-Taxable | 977.48 | 9774.80 |
| Pst-0095 | Meals Per Diem - Non-Taxable | 462.00 | 4620.00 |
| Pst-1004 | Travel Allowance (Non-Tax) | 0.00 | 300.00 |
| Pst-1576 | Misc deduction | 0.00 | 18.57 |

To view your pay stub online visit www.doculivery.com/CCH

Report clinical concerns out of compliance, illegal, or quality/ safety to our Patient Safety Hotline at 888-235-3321 or The Joint Commission at 800-994-6610 without fear of retribution.

6551 Park of Commerce Blvd · Boca Raton, FL 33487 · (800) 388-2016

Electronic Pay Stub #9245601 from:
**Travel Staff, LLC**

## Statement of Earning, Taxes, Deductions, and Adjustments

| Employee Name | SSN | Pay Period | Check Date | Check # | Pay Method | Region |
|---|---|---|---|---|---|---|
| Montague, Scott | ***-**-4445 | 11/21/2021 - 11/27/2021 | 12/01/2021 | I50542016 | Direct Deposit | 990 Travel Staff LLC |

| | Taxable Gross | Taxes | Taxable Net | Non-Taxable Adjustment | Total Net Pay |
|---|---|---|---|---|---|
| Current Total | 4963.84 | 1895.47 | 3068.37 | 1439.48 | 4507.85 |
| Year-To-Date Total | 49685.07 | 18668.25 | 31016.82 | 16152.85 | 47169.67 |

### Earnings

| Client | Date | Type | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AH: BAY MEDICAL SACRED HEART | 11/24/2021 | S1 Regular Holiday | 7.25 | 118.29 | 857.60 |
| AH: BAY MEDICAL SACRED HEART | 11/24/2021 | S1 Regular | 5.70 | 78.86 | 449.50 |
| AH: BAY MEDICAL SACRED HEART | 11/25/2021 | S1 Regular | 7.60 | 78.86 | 599.34 |
| AH: BAY MEDICAL SACRED HEART | 11/25/2021 | S1 Regular Holiday | 5.25 | 118.29 | 621.02 |
| AH: BAY MEDICAL SACRED HEART | 11/26/2021 | S1 Regular | 12.40 | 78.86 | 977.86 |
| AH: BAY MEDICAL SACRED HEART | 11/27/2021 | S1 Overtime | 11.13 | 118.29 | 1316.57 |
| AH: BAY MEDICAL SACRED HEART | 11/27/2021 | S1 Regular | 1.80 | 78.86 | 141.95 |
| Total Pay | | | 51.13 | | 4963.84 |

### Taxes

| Taxes | Basis | Amount | YTD |
|---|---|---|---|
| (FED) Federal Income Tax | 4963.84 | 1363.34 | 13341.98 |
| (FICA) FICA | 4963.84 | 307.76 | 3080.48 |
| (STATE) State Withholding - PA | 4963.84 | 152.39 | 1525.34 |
| (MEDICARE) Medicare | 4963.84 | 71.98 | 720.45 |
| (MEDICARE) Additional Medicare | 0.00 | 0.00 | 0.00 |
| Total | | 1895.47 | 18668.25 |

### Adjustments

| Code | Description | Amount | YTD |
|---|---|---|---|
| Pst-0057 | Lodging - Non-Taxable | 977.48 | 10752.28 |
| Pst-0095 | Meals Per Diem - Non-Taxable | 462.00 | 5082.00 |
| Pst-1004 | Travel Allowance (Non-Tax) | 0.00 | 300.00 |
| Pst-1576 | Misc deduction | 0.00 | 18.57 |

To view your pay stub online visit www.doculivery.com/CCH

Report clinical concerns out of compliance, illegal, or quality/ safety to our Patient Safety Hotline at 888-235-3321 or The Joint Commission at 800-994-6610 without fear of retribution.

6551 Park of Commerce Blvd · Boca Raton, FL 33487 · (800) 388-2016

## Electronic Pay Stub #9338782 from:
### Travel Staff, LLC

### Statement of Earning, Taxes, Deductions, and Adjustments

| Employee Name | SSN | Pay Period | Check Date | Check # | Pay Method | Region |
|---|---|---|---|---|---|---|
| Montague, Scott | ***-**-4445 | 01/09/2022 - 01/15/2022 | 01/19/2022 | I50592202 | Direct Deposit | 990 Travel Staff LLC |

| | Taxable Gross | Taxes | Taxable Net | Non-Taxable Adjustment | Total Net Pay |
|---|---|---|---|---|---|
| Current Total | 5073.29 | 2041.46 | 3031.83 | 1449.73 | 4481.56 |
| Year-To-Date Total | 5073.29 | 2041.46 | 3031.83 | 1449.73 | 4481.56 |

### Earnings

| Client | Date | Type | Hours | Rate | Amount |
|---|---|---|---|---|---|
| STW: HOLY FAMILY HOSP- METHUEN | 01/10/2022 | S1 Regular | 8.00 | 105.97 | 847.76 |
| STW: HOLY FAMILY HOSP- METHUEN | 01/11/2022 | S1 Regular | 12.75 | 105.97 | 1351.12 |
| STW: HOLY FAMILY HOSP- METHUEN | 01/14/2022 | S1 Regular | 12.25 | 105.97 | 1298.13 |
| STW: HOLY FAMILY HOSP- METHUEN | 01/15/2022 | S1 Regular | 7.00 | 105.97 | 741.79 |
| STW: HOLY FAMILY HOSP- METHUEN | 01/15/2022 | S1 Overtime | 5.25 | 158.95 | 834.49 |
| Total Pay | | | 45.25 | | 5073.29 |

### Taxes

| Taxes | Basis | Amount | YTD |
|---|---|---|---|
| (FED) Federal Income Tax | 5073.29 | 1401.65 | 1401.65 |
| (FICA) FICA | 5073.29 | 314.54 | 314.54 |
| (STATE) State Withholding - MA | 5073.29 | 234.26 | 234.26 |
| (MEDICARE) Medicare | 5073.29 | 73.56 | 73.56 |
| (FLI) PFML Employee Withholding - Massachusetts | 5073.29 | 17.45 | 17.45 |
| (MEDICARE) Additional Medicare | 0.00 | 0.00 | 0.00 |
| Total | | 2041.46 | 2041.46 |

### Adjustments

| Code | Description | Amount | YTD |
|---|---|---|---|
| Pst-0057 | Lodging - Non-Taxable | 821.73 | 821.73 |
| Pst-0095 | Meals Per Diem - Non-Taxable | 448.00 | 448.00 |
| Pst-1004 | Travel Allowance (Non-Tax) | 180.00 | 180.00 |

To view your pay stub online visit www.doculivery.com/CCH

Report clinical concerns out of compliance, illegal, or quality/ safety to our Patient Safety Hotline at 888-235-3321 or The Joint Commission at 800-994-6610 without fear of retribution.