# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 22-10175-ELF

SCOTT D. MONTAGUE

442 BROOKSIDE AVE

LOWER GWYNEDD, PA 19002

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SCOTT D. MONTAGUE

    442 BROOKSIDE AVE

    LOWER GWYNEDD, PA 19002

Counsel for debtor(s), by electronic notice only.

    VAUGHN A. BOOKER ESQ
    1420 WALNUT STREET STE 815

    PHILADELPHIA, PA 19102-

Date: 4/12/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee