# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                     Chapter 13

SCOTT D. MONTAGUE           Bankruptcy No. 22-10175-ELF

442 BROOKSIDE AVE

LOWER GWYNEDD, PA 19002

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SCOTT D. MONTAGUE

    442 BROOKSIDE AVE

    LOWER GWYNEDD, PA 19002

**Counsel for debtor(s), by electronic notice only.**
    VAUGHN A. BOOKER ESQ
    1420 WALNUT STREET STE 815

    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 6/29/2022                                                                            /s/ Kenneth E. West

                                                                              _____
                                                                              Kenneth E. West, Esquire
                                                                              Chapter 13 Standing Trustee