**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 22-10175-elf |
| Scott D. Montague, | CHAPTER 13 |
|     Debtor. | |
| _____/ | |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

**PLEASE TAKE NOTICE THAT**, on behalf of U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE CIM TRUST 2021-NR2 MORTGAGE-BACKED NOTES, SERIES 2021-NR2 ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Objection to Confirmation of Plan (Doc.: 16), filed on March 8, 2022.**

    **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100,
    Boca Raton, FL 33487
    Telephone: 470-321-7112

    By: /s/Charles Wohlrab
        Charles Wohlrab, Esq.
        Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___August 29, 2022___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Scott D. Montague
442 Brookside Ave
Lower Gwynedd, PA 19002-3402

And via electronic mail to:

Vaughn A. Booker
Vaughn A. Booker Attorney at Law
1420 Walnut Street
Suite 815
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/ Megan Day___
Megan Day
Email: mday@raslg.com