# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scott D. Montague<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2<br>　　　　　　　Movant<br>　　vs.<br>Scott D. Montague<br>　　　　　　　Debtor(s)<br>Twyla D. Montague<br>　　　　　　　Co-Debtor<br>Kenneth E. West<br>　　　　　　　Trustee | NO. 22-10175 ELF<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this  8th  day of  November , 2022, upon consideration of the Motion for Relief from the Automatic Stay filed by the above Movant, and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Motion is **DENIED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**