# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-10175-ELF

SCOTT  D. MONTAGUE

442 BROOKSIDE AVE

LOWER GWYNEDD, PA 19002

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  SCOTT  D. MONTAGUE

  442 BROOKSIDE AVE

  LOWER GWYNEDD, PA 19002

Counsel for debtor(s), by electronic notice only.

  VAUGHN A. BOOKER ESQ
  1420  WALNUT STREET  STE 815

  PHILADELPHIA, PA 19102-

Date: 2/9/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee