IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | Chapter 13 |
| **Scott D. Montague,** | : | |
| Debtor | | No: 22-10175 PMM |
| **U.S. Bank National Association,** | : | |
| Movant | | |
| vs. | : | |
| **Scot D. Montague,**   Debtor | : | |
| **Twyla Montague,**   Co-Debtor | : | |
| **Kenneth E. West,** | : | |
| Trustee | | |
| | : | |

**CERTIFICATE OF SERVICE**

   Debtor states that they have served a true and correct copy of the Response to the Motion for Relief from the Stay filed by the Creditor U.S. Bank National Association, on all parties or their Attorney for record by either regular first class U.S. mail, postage pre-paid or electronic transmission on the following named parties or their Attorney of record on the date and persons listed below:

Michael P. Farrington, Esquire  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, Pennsylvania 19106-1532  
Attorney for Creditor,  
U.S. Bank National Association

Kenneth West, Esquire  
1234 Market Street  
Suite 1813  
Philadelphia, Pennsylvania 19107  
Chapter 13 Trustee

U.S. Trustee  
Robert N.C. Nix Federal Building  
900 Market Street, Suite 320  
Philadelphia, Pennsylvania 19102

Scott D. Montague  
Twyla Montague  
442 Brookside Avenue  
Lower Gwynedd, Pennsylvania 19002

                                                **Respectfully Submitted:**

                                                **/s/ Vaughn A. Booker, Esquire**
                                                **Vaughn A. Booker, Esquire**
                                                **Attorney for Debtor,**
                                                **Scott Montague**

**Dated August 31, 2023**

Case 22-10175-pmm    Doc 65    Filed 08/31/23    Entered 08/31/23 22:16:40    Desc Main
Document    Page 2 of 2