**IN THE UNITED STATES DISTRICT BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13 Bankruptcy** |
| **Scott D. Montague** | : | **No: 22-10175-pmm** |
| | : | |

**CERTIFICATE OF NO RESPONSE**

I, Vaughn A. Booker, Esquire, counsel for the Debtor, hereby certifies that no answer or response or objection has been filed to the Application for Counsel Fees of the Attorney for the Debtor, in the above matter.

Wherefore, Movant prays your Honorable Court to grant the relief requested in the Application for counsel fees.

Respectfully Submitted:

/s/ Vaughn A. Booker, Esquire
Vaughn A. Booker, Esquire
1420 Walnut Street, Suite 815
Philadelphia, Pennsylvania 19102
Telephone: (215) 545-0474
Facsimile: (215) 545-0656
Email: vbs00001@aol.com
Attorney I.D. No: 42312
Attorney for Debtor,
Dated: January 30, 2024                       Scott D. Montague