**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 Bankruptcy |
| Scott D. Montague | : | No: 22-10175-PMM |
| | : | |

**ORDER APPROVING APPLICATION FOR COUNSEL FEES**

**And Now,** this _____ day of _____, 2024, upon consideration of the Application for Compensation, it is Hereby

**ORDERED** that Compensation for Counsel fees will be awarded to counsel as follows:

| | |
|---|---|
| Total Fee Award: | $4,500.00 |
| Amounts Paid by Debtor: | $2,000.00 |
| Net Amount to be paid by Trustee to Counsel: | **$2,500.00** |

The net amount is to be paid by the Trustee to Vaughn A. Booker, Esquire from the amount provided for in the confirmed Plan.

By the Court:

Dated: 1/31/24

*Patricia M. Mayer*
_____
**Judge Patricia M. Mayer**