United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-10175-pmm
Scott D. Montague     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 31, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Scott D. Montague, 442 Brookside Ave, Lower Gwynedd, PA 19002-3402 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2 bkecf@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2 bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2 mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VAUGHN A. BOOKER | on behalf of Debtor Scott D. Montague vbs00001@aol.com booker.vaughnb132281@notify.bestcase.com |

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Jan 31, 2024     Form ID: pdf900     Total Noticed: 1
TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

**In Re:**                                              :  **Chapter 13 Bankruptcy**

    **Scott D. Montague**                 :  **No: 22-10175-PMM**

_____ :

**ORDER APPROVING APPLICATION FOR COUNSEL FEES**

    **And Now,** this _____ day of _____, 2024, upon consideration of the Application for Compensation, it is Hereby

    **ORDERED** that Compensation for Counsel fees will be awarded to counsel as follows:

| | |
|---|---|
| Total Fee Award: | $4,500.00 |
| Amounts Paid by Debtor: | $2,000.00 |
| Net Amount to be paid by Trustee to Counsel: | **$2,500.00** |

    The net amount is to be paid by the Trustee to Vaughn A. Booker, Esquire from the amount provided for in the confirmed Plan.

**By the Court:**

**Dated:** _1/31/24_

_Patricia M. Mayer_
_____
**Judge Patricia M. Mayer**