# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Scott D. Montague, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Case No.   22-10175-pmm |
| | : | |
| | : | |

### ORDER SETTING DEADLINE FOR FILING OF STIPULATION

**AND NOW, upon consideration of the Motion for Relief from Stay (doc. #62, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #64);**

**AND, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");**

**It is hereby ORDERED that:**

1. **On or before March 15, 2024, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.**

2. **Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.**

*Patricia M. Mayer*

**02/14/2024**              **PATRICIA M. MAYER**
                            **U.S. BANKRUPTCY JUDGE**