# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | :  Chapter 13 Bankruptcy |
| **Scott D. Montague,** | :  BK No: 22-10175-ELF |
| Debtor | : |
| | : |

## CERTIFICATE OF SERVICE

   I, Vaughn A. Booker, Esquire, being duly sworn according to Amended Motion to Modified Plan Post Confirmation, on the following named parties or their Attorney of record, by electronic transmission and/or regular first class U.S. Mail on the date and following persons listed below:

Kenneth E. West - Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, Pennsylvania 19107
Trustee

Denise Elizabeth Carlon
Brian Craig Nicholas
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, Pennsylvania 19106
Attorney for Creditor
U.S. Bank National Association, et. al.

Consumer Portfolio Services
P.O. Box 57071
Irvine, CA 92619-7071

Michelle L. McGowan
Charles Griffin Wohlrab
Robertson, Anschutz, Schneid
Crane & Partners, PLLC
13010 Morris Road, Suite 450
Alpharetta, Georgia 30004

Michael Patrick Farrington
Rudolph Clark, LLC
7 Neshaminy Interplex, Suite 200
Trevose, Pennsylvania 19053

Pennsylvania Dep't of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, Pennsylvania 17128-0946

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, Pennsylvania 19106

Scott Montague
442 Brookside Avenue
Lower Gwynedd, Pennsylvania 19002
Debtor

                                                **By:**

                                                **/s/ Vaughn A. Booker, Esquire**
                                                **Vaughn A. Booker, Esquire**
                                                **1420 Walnut Street, Suite 815**
                                                **Philadelphia, Pennsylvania 19102**
                                                **Telephone: (215) 545-0474**
                                                **Facsimile: (215) 545-0656**
                                                **Email: vbs00001@aol.com**
                                                **Attorney I.D. No: 42312**
                                                **Attorney for Debtor,**
**Dated: September 30, 2024**                        **Scott Montague**