**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | Chapter 13 Bankruptcy |
| **Scott D. Montague** | : | No: 22-10175-PMM |
| | | Hearing Date: <u>October 22, 2024 at 1:00 p.m.</u> |
| **Debtor** | | Via Zoom |
| | : | |

### AMENDED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

   Vaughn A. Booker, Esquire, on behalf of the Debtor, Scott D. Montague, has filed a Motion to Modify the Chapter 13 Plan Post Confirmation.

   **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your Attorney, if you have one in this Bankruptcy case. (If you do not have an Attorney, you may wish to consult an Attorney).**

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion then on or before **October 13, 2022** you or your Attorney must do all of the following:

 (A) file an answer explaining your position at:
>United States Bankruptcy Court
>Robert N.C. Nix Building
>900 Market Street, Suite 400
>Philadelphia, Pennsylvania 19107-4299

   If you mail and answer to the Bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(B) mail a copy to the Movant's Attorney:

>Vaughn A. Booker, Esquire
>Law Office of Vaughn A. Booker
>1420 Walnut Street, Suite 815
>Philadelphia, Pennsylvania 19102
>Telephone No: (215) 545-0474
>Fax No: (215) 545-0656

2. If you or your Attorney do not take the steps described below in the paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Judge Patricia M. Mayer on **October 22, 2024 at 1:00 p.m., via Zoom. For Zoom link, see the Hearing Calendar for the Judge on the Court website.**

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the Attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an Answer.

**Respectfully Submitted:**

**/s/ Vaughn A. Booker, Esquire**
**Vaughn A. Booker, Esquire**
**Attorney for Debtor**
**1420 Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Attorney I.D. No: 42312**

**Dated: September 27, 2024**