**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13** |
| **Scott D. Montague** | : | **No. 22-10175–PMM** |
| **Debtor** | : | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW**, upon consideration of the Debtor Scott Montague's Motion to Modify the confirmed Chapter 13 Plan (doc. # 89, the "Motion");

It is hereby **Ordered** that

1. The Motion is **Granted:** and

2. The Modified Plan (doc. # 93) is **Approved.**

**By:** _____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

**Dated:** _____