### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | Chapter 13 |
| **Scott D. Montague** | : | No. 22-10175–PMM |
| Debtor | : | |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW**, upon consideration of the Debtor Scott Montague's Motion to Modify the confirmed Chapter 13 Plan (doc. # 94, the "Motion");

It is hereby **Ordered** that

1. The Motion is **Granted:** and

2. The Modified Plan (doc. # 111) is **Approved.**

By: *Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

**Dated: 3/18/25**