## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Vaughn A. Booker, Esquire**　　　　　　　　　Attorney for Debtor
**1420 Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Telephone: (215) 545-0474**
**Facsimile: (215) 545-0656**
**Email: vbs00001@aol.com**
**Attorney I.D. No: 42312**

| | |
|---|---|
| **In Re:** : | Chapter 13 Bankruptcy |
| **Scott D. Montague,** : | |
| 　　　　Debtor : | BK No: 22-10175-PMM |
| : | |
| **U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM Trust 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2,** : | |
| 　　　　Movant : | |
| : | |
| **vs.** : | |
| **Scott D. Montague,** | |
| 　　　　Debtor : | |
| **Twyla D. Montague,** | |
| 　　　　Co-Debtor : | |
| **Kenneth E. West,** | |
| : | |
| 　　　　Trustee : | |

## CERTIFICATE OF SERVICE

　　I, Vaughn A. Booker, Esquire, served and true and correct copy of the Debtor Scott D. Montague's Response to the Motion for Relief from the Automatic Stay filed by the Creditor U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM Trust 2021-NR2 Mortgage- Backed Notes, Series 2021-NR2, by either electronic transmission, and/or first class U.S. Mail, postage pre-paid on the date and following persons listed below:

Cavaly SVI
P.O. Box 4252
Greewich, CT 06831

Brian Craig Nicholas, Esquire
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, Pennsylvania 19106
Attorney for Creditor
U.S. Bank National Associations

Charles Griffin Wohlrab
Robertson Anschutz, Scheid, Crane & Partners, PLLC
10700 Abbott's Bridge Road, Suite 170
Duluth, Georgia 30097

United States Trustee
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, Pennsylvania 19107

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, Pennsylvania 19107

Scott D. Montague
442 Brookside Avenue
Lower Gwynedd, Pennsylvania 19002
Debtor

          **By:**

          **/s/ Vaughn A. Booker, Esquire**
          **Vaughn A. Booker, Esquire**
          **Attorney for Debtor,**
          **Scott D. Montague**

**Dated: April 30, 2025**