# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scott D. Montague <br> *Debtor(s)* | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as owner trustee for CIM Trust 2025-NR1 <br> *Moving Party* <br> vs. | NO. 22-10175 PMM |
| Scott D. Montague <br> *Debtor* <br> Twyla D. Montague <br> *Co-Debtor* | 11 U.S.C. Sections 362 and 1301 |
| Kenneth E. West <br> *Trustee* | |

## ORDER

AND NOW, this __8th__ day of __September__, 2025 at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge