United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-10175-pmm
Scott D. Montague  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Sep 08, 2025     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Scott D. Montague, 442 Brookside Ave, Lower Gwynedd, PA 19002-3402 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2 bkgroup@kmllawgroup.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2 ekishbaugh@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely in its capacity as owner trustee for CIM Trust 2025-NR1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2 mimcgowan@raslg.com |
| United States Trustee | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 08, 2025 | Form ID: pdf900 | Total Noticed: 1 |

USTPRegion03.PH.ECF@usdoj.gov

VAUGHN A. BOOKER

on behalf of Debtor Scott D. Montague vbs00001@aol.com booker.vaughnb132281@notify.bestcase.com

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Scott D. Montague <br> _Debtor(s)_ | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as owner trustee for CIM Trust 2025-NR1 <br> _Moving Party_ <br> vs. | NO. 22-10175 PMM |
| Scott D. Montague <br> _Debtor_ <br> Twyla D. Montague <br> _Co-Debtor_ | 11 U.S.C. Sections 362 and 1301 |
| Kenneth E. West <br> _Trustee_ | |

**ORDER**

AND NOW, this __8th__ day of __September__, 2025 at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_/s/ Patricia M. Mayer_
Hon. Patricia M. Mayer
United States Bankruptcy Judge