**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Scott D. Montague** | : | **25-10175 (PMM)** |
| **Debtor.** | : | |

**ORDER TO SHOW CAUSE REGARDING COUNSEL FEES**

**AND NOW**, this case having been confirmed on August 30, 2022 and modified on March 18, 2025 which was more than 30 days ago;

**AND** counsel for the Debtor having failed to seek supplemental compensation thus far, see L.R. 2016-3(3)(b)(2);

**AND** the Trustee having filed a certification of non-compliance pursuant to L.R. 2016-(3)(b)(2), doc. #139;

It is therefore hereby **ORDERED** that Debtor's Counsel **SHALL APPEAR** for a hearing on **Tuesday, September 22, 2026 at 1:00 p.m. in** and **show cause** why any requested supplemental fee should not be **adjusted or denied**.

The hearing will be held on Zoom:
https://www.zoomgov.com/j/1604457928?pwd=HQTn4QQaQju9Wv9BjWJGnYMGbvIMsT.1
Meeting ID: 160 445 7928
Passcode: 952332

**Date: 8/21/26**

Patricia M. Mayer

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**