**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13 Bankruptcy** |
| **Scott Montague,** | : | **No: 22-10175-PMM** |
| | | **Hearing Date: <u>September 22, 2026 at 1:00 p.m.</u>** |
| **Debtor** | | **Via Zoom** |
| | : | |

**<u>NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE</u>**

Vaughn A. Booker, Esquire, on behalf of the Debtor Scott Montague has filed a Motion to Modify the Plan Post Confirmation.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your Attorney, if you have one in this Bankruptcy case. (If you do not have an Attorney, you may wish to consult an Attorney).**

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion then on or before **<u>September 10, 2025</u>** you or your Attorney must do all of the following:

(A) file an answer explaining your position at:

United States Bankruptcy Court
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, Pennsylvania 19107-4299

If you mail and answer to the Bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(B) mail a copy to the Movant's Attorney:

Vaughn A. Booker, Esquire
Law Office of Vaughn A. Booker
1420 Walnut Street, Suite 815
Philadelphia, Pennsylvania 19102
Telephone No: (215) 545-0474
Fax No: (215) 545-0656

2. If you or your Attorney do not take the steps described below in the paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Judge Patricia M. Mayer on **September 22, 2026 at 1:00 p..m., via Zoom** , or at United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, 2nd Floor, in Philadelphia, Pennsylvania19107-4299.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the Attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an Answer.

**Respectfully Submitted:**

**/s/ Vaughn A. Booker, Esquire**
**Vaughn A. Booker, Esquire**
**Attorney for Debtor**
**1420 Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Attorney I.D. No: 42312**

**Dated: August 25, 2026**