**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13** |
| **Scott D. Montague** | : | **No. 22-10175–PMM** |
| **Debtor** | : | |

**MOTION TO MODIFY PLAN AFTER CONFIRMATION**

Debtor, Scott D. Montague, by and through his undersigned Attorney, Vaughn A. Booker, Esquire makes the following Motion to Modify the Plan after Confirmation and in support hereof states as follows:

1. Debtor filed his Chapter 13 Petition and Plan with this Court on January 25, 2022.

2. The Debtor's Chapter 13 Plan was confirmed on August 29, 2022.

3. This Court has jurisdiction over this Motion filed pursuant to 11 USC Section 1329 to allow the filing of a Modified Plan after confirmation.

4. The Plan is being filed as a result of the following:

A. The Mortgage Company U.S. Bank National N.A. (Now Rushmore Servicing) has filed an Amended Proof Claim No. 4-2, increasing their Pre-Petition arrears and claim from $101,505.74 to $103,353.58, that was resolved by Stipulation and added in the Plan the Post Petition arrears in the amount of $1,847.84.

B. The said Stipulation and Order on the Post Petition arrears was approved by this Court on September 8, 2025.

B. Debtor's Attorney has Attorneys fees for Additional work post confirmation in the amount of $2,500.00, wherein $4,500.00 was already paid to the Debtor's Attorney. A Supplemental Fee Application will be filed shortly in order for the Court to approve the additional Fee.

C. As a result the Plan is now underfunded by $5,166.49, which includes an allowance for the change in the Trustee's commission.

5. As a result of the above-referenced , the Debtor proposes to modify the plan as follows:

A. The Total Base Plan will increase from $117,768.13 to $122,934.62 .
A. Debtor has paid $103,256.17 into the plan to date.
B. Debtor has 5 months remaining on his Chapter 13 Plan.
E. Debtor shall pay $3,935.69 for the remaining 5 months and the Plan will be paid in full.
(See attached proposed Amended Modified Plan).

7. The Debtor Scott Montague and his spouse, Co-Debtor Twyla Montague on the Mortgage loan are both gainfully employed and have the income and information to complete the Chapter 13 Plan in full and to obtain a discharge.

8. The said Modified Plan if approved, will enable the Debtor to financially afford and stay in their home and continue to make his Trustee payments.

Wherefore, the Debtor Scott D. Montague respectfully requests that the Court approve the Modified Plan.

**By:**

**/s/ Vaughn A. Booker, Esquire**
**Vaughn A. Booker, Esquire**
**Law Office of Vaughn A. Booker**
**1420 Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Telephone No: (215) 545-0474**
**Facsimile No. (215) 545-0656**
**Email: vbs00001@aol.com**
**Attorney I.D. No: 42312**

**Date: September 1, 2026**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13 Bankruptcy** |
| **Scott D. Montague** | : | **No: 22-10175-PMM** |
| | : | |
| **Debtor** | : | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc # , the "Motion");

It is hereby **Ordered** that

1) The Motion is **granted, and**

2) The Modified Plan (doc # ) is **approved.**

______________________________
**PATRICIA M. MAYER**
**US BANKRUPTCY JUDGE**

**DATED: ______________**