**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13 Bankruptcy** |
| **Scott D. Montague** | : | **No: 22-10175-PMM** |
| | : | |
| **Debtor** | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE OR**
**AND TELEPHONIC OR VIDEO HEARING DATE**

Vaughn A. Booker, Esquire, on behalf of the Debtor, Scott D. Montague, has filed a Motion with the Court to Modify the Chapter 13 Plan Post Confirmation.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your Attorney, if you have one in this Bankruptcy case. (If you do not have an Attorney, you may wish to consult an Attorney).**

2. **If you do not want the Court to grant the relief sought in the Motion** or if you want the Court to consider your views on the Motion, then on or before **September 16, 2022** you or your Attorney must file a response to the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Judge Patricia M. Mayer on **September 22, 2026 at 1:00 p.m.**. Unless the court Orders otherwise, the hearing on the contested matter will be an evidentiary hearing conducted in the following format:

____ Telephone via: (Court number)

**__X__Video Conference using the following link If no link is provided, the video conference link will be included on the Judge's hearing calendar**.

_____ In-Person participation is also available for this hearing.

4. **If you do not file a response to the Motion,** the Court m ay cancel the hearing and enter an Order granting the relief requested in the motion.

5. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at 9215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the Attorney whose name and address is listed on the next page of this Motion.

**Filing Instructions**

**1. If you are required to file documents electronically by Local Bankruptcy Rule 5005-2** you must file your response electronically.

2. **If you are not required to file electronically,** you must file your response at:

Bankruptcy Clerk's Office
United States Bankruptcy Court
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, Pennsylvania 19107-4299

3. **If you mail your response** to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date state in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's Attorney:

Vaughn A. Booker, Esquire
Law Office of Vaughn A. Booker
1420 Walnut Street, Suite 815
Philadelphia, Pennsylvania 19102
Telephone No: (215) 545-0474
Fax No: (215) 545-0656
Email: vbs00001@aol.com

**Respectfully Submitted:**

**/s/ Vaughn A. Booker, Esquire**
**Vaughn A. Booker, Esquire**
**Attorney for Debtor**
**1420 Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Attorney I.D. No: 42312**
**Tel No: (215) 545-0474**
**Fax No: (215) 545-0464**
**Email: vbs00001@aol.com**

**Dated: September 1, 2026**