**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13 Bankruptcy** |
| **Scott D. Montague** | : | **No: 22-10175-PMM** |
| | : | |
| **Debtor** | | |
| | : | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc #150, the "Motion");

It is hereby **Ordered** that

1) The Motion is **granted, and**

2) The Modified Plan (doc # 159 ) is **approved.**

Patricia M. Mayer

**PATRICIA M. MAYER**
**US BANKRUPTCY JUDGE**

**DATED:** October 27, 2026