**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1    Scott D. Montague

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number    22-10175 PMM

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 1708

**Date of payment change:**
Must be at least 21 days after date of this notice          09/01/2023

**New total payment:**          $1831.79
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $732.28          New escrow payment: $ 754.19

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %          New interest rate: _____ %

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.

(*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $_____        New mortgage payment: $ _____

| Debtor(s) | <u>Scott</u> | <u>D.</u> | <u>Montague</u> | Case number (*if known*) <u>22-10175 PMM</u> |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*
Signature
Print:  Michael Farrington
        13 Jul 2023, 10:04:31, EDT

Date   07/13/2023

Title  <u>Attorney for Creditor</u>

Company  <u>KML Law Group, P.C.</u>

Address  <u>701        Market Street, Suite 5000</u>
         Number      Street
         Philadelphia,                   PA   19106
         City                            State  ZIP Code

Contact phone  (215) 627–1322         Email <u>bkgroup@kmllawgroup.com</u>

Document ID: 43860b4c2404d22cd58fda16b799c28a25cc7d6ca94842fec7ab6d9b2e2f30f3