# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scott D. Montague<br>                                Debtor(s)<br><br>U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2<br>                                Movant<br>       vs.<br><br>Scott D. Montague<br>                                Debtor(s)<br><br>Kenneth E. West,<br>                                Trustee | BK NO. 22-10175 ELF<br><br>Chapter 13<br><br>Related to Claim No. 4 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 22, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Scott D. Montague
442 Brookside Avenue
Lower Gwynedd, PA 19002

Attorney for Debtor(s)
Vaughn A. Booker, Esq.
Vaughn A. Booker Attorney at Law
1420 Walnut Street, Suite 815
Philadelphia, PA 19102

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: December 22, 2022

                                                                      **/s/Michael P. Farrington Esq.**
                                                                      Michael P. Farrington Esq.
                                                                       Attorney I.D. 329636
                                                                       KML Law Group, P.C.
                                                                       BNY Mellon Independence Center
                                                                       701 Market Street, Suite 5000
                                                                       Philadelphia, PA 19106
                                                                       (215) 825-6488
                                                                       mfarrington@kmllawgroup.com